# UNITED STATES DISTRICT COURT FOR
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02120-RBJ-SKC

STEPHANIE ODELL

  Plaintiffs,

v.

REAL TIME RESOLUTIONS, INC., a Texas limited liability company, HASCO NIM (CAYMAN) COMPANY 2006-OPT1, an organization of unknown type, and SU RYDEN, in her official capacity as the Public Trustee for the County of Arapahoe, State of Colorado,

  Defendants.

  Defendants.

---

**JOINT MOTION TO AUTHORIZE FILING OF SECOND AMENDED COMPLAINT AND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT**

---

  TO ALL PARTIES: Please take notice that Plaintiff Stephanie Odell and Defendant Real Time Resolutions, Inc. ("RTR") will and do hereby jointly move for administrative relief (i) to authorize Plaintiff to file a Second Amended Complaint and (ii) to extend RTR's time to answer or otherwise respond to the Plaintiff's Second Amended Complaint to a date which is thirty (30) days from the date upon which Plaintiff files the Second Amended Complaint.

  This motion is made pursuant to Fed. R. Civ. P. 6(b)(1)(B), Fed. R. Civ. P. 15(a)(2) and D.C.Colo.L.CivR. 6.1.

  Good cause exists to grant this motion. Counsel for Plaintiff and RTR have been engaged in good faith discussions concerning the merits of this matter over the past several

weeks, and believe that the filing of a Second Amended Complaint will materially aid such discussions.  Counsel for Plaintiff and RTR further agree that a response deadline of thirty (30) days from the filing of the Second Amended Complaint will give both parties sufficient time to conduct discussions.

One previous extension of time has been granted by the Court, by Order entered September 18, 2018 (Docket No. 13)

Repectfully submitted, this 17th day of October, 2018.

WEINSTEIN & RILEY, P.S.

/s/ Charles H. Jeanfreau Jr.
Charles H. Jeanfreau Jr., NY Bar # 2958940
11 Broadway Ste 615
New York, NY 10004-1490
Telephone: (212) 268-5540
Facsimile: (206) 269-3493
Email: CharlesJ@w-legal.com

And

Deanna L. Westfall, attorney # 23499
Lisa Concanon, attorney # 43043
11101 West 120th Avenue, # 280
Broomfield, CO 80021
Phone: (303) 539-8600
Fax:    (206) 269-3493
Email:  deannaw@w-legal.com; lisac@w-legal.com

*Attorneys for Defendant Real Time Resolutions, Inc.*

VEDRA LAW LLC

  /s/ Katherine Russell
Daniel J. Vedra
Katherine Russell
1435 Larimer Street, Suite 302
Denver, CO 80202